**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01668-CR

**EDWARD GARZA TRIGO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-1130938-K**

## ORDER

The Court has before it the State's September 22, 2014 motion for extension of time to file tendered brief. The Court **GRANTS** the motion. State's brief received by the Clerk of the Court on September 22, 2014, is **DEEMED FILED** as of the date of this order.

/s/     DOUGLAS S. LANG
         JUSTICE